**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

OCT - 4 2011

CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § | No. 3:11-CR-_____ |
| MICHAEL M. MURRAY | § § § | |

3:-11CR-296-P

### INDICTMENT

The Grand Jury Charges:

<u>Count One</u>
Threats and Hoaxes
Violation of 18 U.S.C. § 1038(a)(1)

On or about August 21, 2008, in the Northern District of Texas, Dallas Division, defendant **Michael M. Murray** did intentionally convey false and misleading information in the form of white powder placed in an envelope addressed to the U.S. Department of Education office in Greenville, Texas, along with racially and sexually charged comments, which powder caused great fear and concern for the personal safety of U.S. government employees when the letter was opened, under circumstances where an imminent threat to personal safety may reasonably have been believed, and that indicated that an activity was taking place which would constitute a violation of 18 U.S.C., Chapter 10, specifically, a violation of 18 U.S.C. §175, prohibitions with respect to biological weapons.

**Indictment - Page 1**

In violation of 18 U.S.C. §1038(a)(1).

A TRUE BILL

*Andrea L. Tuggle*
FOREPERSON

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

*J. Mark Penley*
J. MARK PENLEY
Assistant United States Attorney
Texas State Bar No. 15750700
1100 Commerce St., Suite 300
Dallas, Texas 75242-1699
Telephone: 214.659.8600
Facsimile: 214.767.2846
mark.penley@usdoj.gov

**Indictment - Page 2**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA

v.

MICHAEL M. MURRAY (1)

3-11CR-296-P

INDICTMENT

18 U.S.C. § 1038(a)(1)
Threats and Hoaxes

1 Count

A true bill rendered:

_____
DALLAS                                                            FOREPERSON

Filed in open court this 4th day of October, A.D. 2011.

_____
                                                                        Clerk

MICHAEL M. MURRAY - ISSUE ARREST WARRANT
_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE
No pending Criminal Complaint

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**

Related Case Information

Superseding Indictment: ☐ Yes ☒ No  New Defendant: ☒ Yes ☐ No

Pending CR Case in NDTX: ☐ Yes ☒ No  If Yes, number:_____

Search Warrant Case Number_____

R 20 from District of _____  3:11CR-296-P

Magistrate Case Number_____

1. **Defendant Information**

   Juvenile: ☐ Yes ☒ No

   If Yes, Matter to be sealed:
   ☐ Yes ☒ No

   Defendant Name           MICHAEL M. MURRAY (1)
   Alias Name               _____
   Address                  _____
                            _____

   County in which offense was committed: Dallas

   RECEIVED
   BY _____
   OCT - 4 2011
   CLERK, U.S. DISTRICT COURT
   NORTHERN DISTRICT OF TEXAS

2. **U.S. Attorney Information**

   AUSA J. MARK PENLEY           Bar # TX Bar No. 15750700

3. **Interpreter**

   ☐ Yes ☒ No    If Yes, list language and/or dialect: _____

4. **Location Status**

   Issue Arrest Warrant

   ☐ Already in Federal Custody as of_____ in_____
   ☐ Already in State Custody
   ☐ On Pretrial Release

5. **U.S.C. Citations**

   Total # of Counts as to This Defendant: 1    ☐ Petty   ☐ Misdemeanor   ☒ Felony

   | Citation | Description of Offense Charged | Count(s) |
   |---|---|---|
   | 18 U.S.C. § 1038(a)(1) | Threats and Hoaxes | 1 |

   Date 10/3/11        Signature of AUSA: J. Mark Penley